**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Kenneth V Wagner
Robin L. Wagner

Case No.: 15-27569

Hearing Date: April 13, 2018

Chapter: 13

Judge: ABA

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Andrew B. Altenburg Jr. , United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee Certification of Default

**Location of Hearing:** Courtroom No. 4-B
United States Court House
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:** April 13, 2018 @ 9:00 a.m. , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: March 22, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on March 22 , 20 18 this notice was served on the following: Debtor, Attorney for Debtor, Trustee, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth V Wagner  
Robin L. Wagner  
    Debtors

Case No. 15-27569-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 22, 2018  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.  
db/jdb       +Kenneth V Wagner,    Robin L. Wagner,    3714 Moores Avenue,    Hammonton, NJ 08037-3721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Capital One, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kimberly A. Wilson    on behalf of Debtor Kenneth V Wagner wilson.schroedinger@comcast.net  
         Kimberly A. Wilson    on behalf of Joint Debtor Robin L. Wagner wilson.schroedinger@comcast.net  
                                                                                TOTAL: 6