UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.: 15-27569-ABA
                                                    Chapter:  vchChapter
Kenneth V Wagner and Robin L. Wagner                Judge:    Andrew B. Altenburg Jr.

### NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on August 21, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$80,000.00  3714 Moores Avenue  Hammonton, NJ

Liens on property:

$140,987.00  Capital One NA d=formerly ING Direct

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No. (609) 645-1881

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                              Case No. 15-27569-ABA
Kenneth V Wagner                                                    Chapter 7
Robin L. Wagner
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 3                  Date Rcvd: Jul 17, 2018
                               Form ID: pdf905              Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db/jdb         +Kenneth V Wagner,    Robin L. Wagner,    3714 Moores Avenue,    Hammonton, NJ 08037-3721
515744614      +A Professional Corporation Incorporated,    Kristina G Murtha, Managing Attorney,
                 701 Market St Suite 5000,    Philadelphia, PA 19106-1541
515744618       AT&T Universal Platinum Card,    PO Box 44167,    Jacksonville, FL 32231-4167
515744620       ATlantic Pathologists PC,    PO Box 95000-2705,    Philadelphia, PA 19200
515744616      +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7689
515744617       American Coradius International LLC,    2420 Sweet Home Rd Ste 150,    Amherst, NY 14228-2244
515744619      +Atlantic Emergency Associates,    6880 W. Snowville Road, #210,    Brecksville, OH 44141-3255
515744621       Atlantic Regioanl Medical Care,    PO Box 78661,    Philadelphia, PA 19178-6361
515744622      +BAC Home Loan Svc/Counrtywide,    450 American Street,    Simi Valley, CA 93065-6285
515933607       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
515744632     ++CONTINENTAL FINANCE COMPANY LLC,     PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance,     Po Box 105125,    Atlanta, GA  30348)
515744625      +Capital One NA formerly ING Direct,    7933 Preston Road,    Plano, TX 75024-2302
515782447      +Capital One, N.A.,    PO Box 21887,    Eagan, MN 55121-0887
515744627      +Cerastes LLC,    C/O Weinstein, Pinson And Riley PS,    2001 Western Ave Ste 400,
                 Seattle, WA 98121-3132
515744628      +Chase/Amazon.Com,    Caremember Services,    PO Box 15153,    Wilmington, DE 19886-5153
515744629      +Citi Cards,    PO Box 6077,    Sioux Falls, SD 57117-6077
515744630      +Citizens Auto Finance,    443 Jefferson Blvd RJW 135,    Warwick, RI 02886-1321
515744634      +David Faloni Jr,    Faloni & Larusso,    175 Fairfield Ave Suite 1-C,
                 West Caldwell, NJ 07006-6415
515744636       ECAST Settlement Corporation,    Assignee Of CitiBank NA,    Po Box 29262,
                 New York, NY 10087-9262
515744637      +Eichenbaum & Stylianou,    10 Forrest Ave,    Paramus, NJ 07652-5238
515744639      +First Premier,    601 S. Minnesota Ave,    Sioux Falls, SD 57104-4824
515744643      +HSBC Retail Services,    90 Christiana Road,    New Castle, DE 19720-3118
515744642       Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50368-9100
515744644      +IC Systems,    444 Highway 96 East,    PO Box 64378,    Saint Paul, MN 55164-0378
515744645     ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court: JC Christensen & Associates,     PO Box 519,    Sauk Rapids, MN  56379)
515744648      +LVNV Funding, LLC,    55 Beatte Place,    Greenville, SC 29601-2165
515744647       Linebarger, Goggan, Blair & Sampon LLP,    Po Box 90128,    Harrisburg, PA 17109-0128
515744649      +Lyons, Doughty And Veldhuis PC,    136 Gaither Avenue, Suite 100,    PO Box 1269,
                 Mt Laurel, NJ 08054-7269
515744650      +Mann Bracken LLP,    2727 Paces Ferry Road,    Ones Paces West Suite 1400,
                 Atlanta, GA 30339-4053
515744651       Mercantile Adjustment Bureau LLC,    Po Box 9055,    Williamsville, NY 14231-9055
515744652      +Mullica Township,    4528 White Horse Pike PO Box 317,    Elwood, NJ 08217-0317
515744653       National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
515831952     #+Porania LLC,    P. O. Box 11405,    Memphis, TN 38111-0405
515744656      +Pressler & Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
515744657      +Prober & Raphael,    20750 Ventura Blvd, Suite 100,    Woodland Hills, CA 91364-6207
517447055       RUSHMORE LOAN MANAGEMENT SERVICES,     P. O. Box 52708, Irvine, CA 92619-2708,
                 RUSHMORE LOAN MANAGEMENT SERVICES,     P. O. Box 52708, Irvine, CA 92619-2708
517447054       RUSHMORE LOAN MANAGEMENT SERVICES,     P. O. Box 52708, Irvine, CA 92619-2708
515744659      +Sprint,    PO Box 105234,    Atlanta, GA 30348-5234
515744660      +Target National Bank,    3901 West 53rd Street,    Sioux Falls, SD 57106-4221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2018 23:17:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2018 23:17:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515744615      +E-mail/Text: EBNProcessing@afni.com Jul 17 2018 23:17:18      AFNI,    PO Box 3097,
                 Bloomington, IL 61702-3097
515982216       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2018 23:28:24
                 Ashley Funding Services LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515744623       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:14:55      Capital One,
                 PO Box 85167,    Richmond, VA 23285-5167
515744624      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:15:27      Capital One Bank,
                 PO Box30285,    Salt Lake City, UT 84130-0285
515980452      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 17 2018 23:14:58      Capital One N.A.,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
515744626      +E-mail/Text: bkr@cardworks.com Jul 17 2018 23:16:03      Card Service Center,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
515744631      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2018 23:16:50      Comenity Bank,    BK Dept,
                 PO Box 182125,    Columbus, OH 43218-2125
515981701      +E-mail/Text: bncmail@w-legal.com Jul 17 2018 23:17:20      Comenity Capital Bank/Paypal Credit,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0312-1          User: admin                Page 2 of 3                 Date Rcvd: Jul 17, 2018
                              Form ID: pdf905            Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515744633      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 17 2018 23:14:32      Credit One Bank,
                PO Box 98872,    Las Vegas, NV 89193-8872
515744635       E-mail/Text: mrdiscen@discover.com Jul 17 2018 23:16:12       Discover,    PO Box 3025,
                New Albany, OH 43054-3025
515756008       E-mail/Text: mrdiscen@discover.com Jul 17 2018 23:16:12       Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515744638      +E-mail/Text: bnc-bluestem@quantum3group.com Jul 17 2018 23:17:50       Fingerhut,
                6250 Ridgewood Road,    St. Cloud, MN 56303-0820
515744640      +E-mail/Text: Banko@frontlineas.com Jul 17 2018 23:18:13       Frontline Asset Strategies LLC,
                2700 Snelling Ave N Ste 250,    Roseville, MN 55113-1783
515744641      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:48       GE/JcPenny,    PO Box 981131,
                El Paso, TX 79998-1131
515744646       E-mail/Text: bnckohlsnotices@becket-lee.com Jul 17 2018 23:16:17       Kohl's,    PO Box 3043,
                Milwaukee, WI 53201-3043
515982218       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2018 23:15:05      LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
515935010      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2018 23:17:08
                Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
515744654       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 23:14:29
                Portfolio Recovery,    140 Corporate Blvd,    Norfolk, VA 23502
515847144       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 23:14:29
                Portfolio Recovery Associates, LLC,    c/o Capital One/Hsbc,    POB 41067,   Norfolk VA 23541
515924427      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 17 2018 23:17:24      Premier Bankcard, LLC,
                c/ o Jefferson Capital Systems LLC,    PO Box 7999,   Saint Cloud MN 56302-7999
515744655      +E-mail/Text: csidl@sbcglobal.net Jul 17 2018 23:17:38       Premier Bankcard/Charter,
                PO Box 2208,   Vacaville, CA 95696-8208
515744658       E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2018 23:17:02       Quantum3 Group LLC,
                PO Box 788,   Kirkland, WA 98083-0788
515941811       E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2018 23:17:02
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                Kirkland, WA 98083-0788
515760156       E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2018 23:17:02
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
515744661       E-mail/Text: bankruptcy@td.com Jul 17 2018 23:17:14       TD Bank N.A,    32 Chestnut Street,
                Lewiston, ME 04240
515744662       E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:15:21       Walmart,    PO Box 530927,
                Atlanta, GA 30353-0927
                                                                                              TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515940193*       Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin                 Page 3 of 3                  Date Rcvd: Jul 17, 2018
                               Form ID: pdf905             Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Capital One, N.A. bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kimberly A. Wilson    on behalf of Debtor Kenneth V Wagner wilson.schroedinger@comcast.net
              Kimberly A. Wilson    on behalf of Joint Debtor Robin L. Wagner wilson.schroedinger@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor    Capital One, N.A. rsolarz@kmllawgroup.com
                                                                                             TOTAL: 9
```