## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:                                    :        Case no.: _____

                                          :

                                          :        Chapter: _____

                                          :

                                          :        Judge: _____

                        Debtor(s)    :

_____:

## CERTIFICATION OF NO OBJECTION

I _____, Deputy Clerk hereby certify that there have been no

objections filed relative to the Notice of Proposed:

&#10063;     Abandonment

&#10063;     Public Sale

&#10063;     Private Sale

&#10063;     Settlement of Controversy

&#10063;     Auctioneer Compensation

Description of Property (if applicable):

JEANNE A. NAUGHTON, Clerk

Date: _____        By: _____

*rev.2/10/17*