|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Law Office of Kimberly A. Wilson, LLC<br>Kimberly A. Wilson, Esquire<br>24 North White Horse Pike<br>Somerdale, NJ 08083<br>(856) 783-4440<br>(856) 783-5504 fax | Order Filed on October 9, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Kenneth V. Wagner & Robin L. Wagner,<br>Debtors. | Case Number: 15-27569<br>Hearing Date: 10/09/2018 10am<br>Judge: ABA<br>Chapter: 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: October 9, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as   3714 Morres Avenue, Hammonton, Lot 11, Block 1102  , and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.   DJ 053194-2010 docketed 02/23/10 for Discover Bank

2.   _____

3.   _____

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*

2