Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–27569–ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth V Wagner<br>3714 Moores Avenue<br>Hammonton, NJ 08037 | Robin L. Wagner<br>3714 Moores Avenue<br>Hammonton, NJ 08037 |

Social Security No.:
xxx–xx–1663                                                                    xxx–xx–0948

Employer's Tax I.D. No.:

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Douglas S. Stanger is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: October 24, 2018               Andrew B. Altenburg Jr.
                                      Judge, United States Bankruptcy Court